UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STANLEY H. McGUFFIN, Trustee for BHB
Enterprises, LLC,

        Plaintiff,

v.

MICHAEL BAUMHAFT, *et al.*,

        Defendants.

                                           /

Case No. 05-74809

DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE
VIRGINIA M. MORGAN

## ORDER
## STAYING THE CASE FOR THE DURATION OF RECEIVERSHIP PROCEEDINGS
## and
## ADMINISTRATIVELY CLOSING THE CASE WITHOUT PREJUDICE

This case is before the Court based on an Order of Reassignment [14] that, pursuant to LR 83.11, designates this case as a companion to a first-filed action, *In re: BHB Enterprises LLC, et al., v. Barman*, #03-72876, which has since been closed. Additionally, two other cases have been reassigned as companion matters to this case, and remain pending: *Matthews v. Baumhaft, et al.*, #06-11618, and *McGuffin v. Baumhaft, et al.*, #06-50135.

On September 16, 2010, the Court held a hearing on an order to show cause issued in companion case *McGuffin v. Baumhaft*, #06-50135. At that hearing, it was determined that a Court-appointed receiver should oversee Defendant Baumhaft's payments against the debt that underlies all of the companion cases, and that the three pending actions should be administratively closed for the duration of that receivership.

Therefore, the Court being fully apprised, and for the reasons stated on the record at the hearing held on September 16, 2010, in companion case *McGuffin v. Baumhaft*, #06-50135,

**IT IS HEREBY ORDERED** that this matter is **STAYED** for the duration of the related

receivership proceedings.

**IT IS FURTHER ORDERED** that the case shall be **ADMINISTRATIVELY CLOSED WITHOUT PREJUDICE**. The closure does not constitute a dismissal or a decision on the merits.

**SO ORDERED.**

S/ARTHUR J. TARNOW  
Arthur J. Tarnow  
Senior United States District Judge

Dated: September 17, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record and Michael Baumhart, 4840 Willow Ln, Orchard Lake, MI 48324 on September 17, 2010, by electronic and/or ordinary mail.

S/LISA M. WARE  
Case Manager
